JOSEPHINE RUPPRECHT, as Administratrix of the Estate of EVA RUPPRECHT, Deceased, Respondent, *v.* ST. MARY'S ROMAN CATHOLIC CHURCH SOCIETY OF BATAVIA et al., Appellants.

*Rupprecht v. St. Mary's Roman Catholic Church Society*, 131 App. Div. 564, affirmed.
(Argued March 24, 1910; decided April 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 23, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to restrain the defendants from encroaching upon a certain alley adjoining plaintiff's premises.

*Francis T. Moynihan* and *Myron H. Peck* for appellants.

*Russell L. Kinsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.